

**FILED**
Jan 28, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

McGREGOR W. SCOTT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-cr-00027-NONE-SKO |
|---|---|
| Plaintiff, | MOTION AND ORDER TO SEAL INDICTMENT |
| v. | |
| LUIS NOE HERNANDEZ ROJO, | **UNDER SEAL** |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on January 28, 2021, charging the above defendant with a violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(B) – Distribution of 40 grams or more of a mixture or substance containing a detectable amount of Fentanyl (N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide) – be kept secret until further order of the Court, but that the government be permitted to provide a copy of the indictment to the defendant.

The government's investigation into this drug trafficking organization is ongoing and has not yet resulted in the arrest of the defendant's coconspirators. The targets of the investigation are currently unaware of the government's investigation, thus allowing the government to continue its efforts. If the indictment against LUIS NOE HERNANDEZ ROJO were to become public, the government is

confident that the defendant's coconspirators would flee, destroy evidence, or otherwise engage in activities that would have the result of thwarting the government's investigation. Therefore, the government requests this indictment remain sealed and that no person shall disclose the finding of the Indictment until further order of the Court.

DATED: January 28, 2021                    Respectfully submitted,

                                                     McGREGOR W. SCOTT
                                                     United States Attorney

                                    By    /s/ JESSICA A. MASSEY
                                                       JESSICA A. MASSEY
                                                       Assistant U.S. Attorney

### [PROPOSED] ORDER

IT IS SO ORDERED.

Dated:   1/28/2021                                       /s/ B. McAuliffe
                                                   Hon. Barbara A. McAuliffe
                                                   U.S. Magistrate Judge