McGREGOR W. SCOTT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LUIS NOE HERNANDEZ ROJO, <br><br> Defendant. | CASE NO. 1:21-cr-00027-NONE-SKO <br><br> ORDER TO UNSEAL INDICTMENT |

The United States having applied to this Court for the Indictment to remain under seal, and the Defendant now having appeared on the criminal complaint and having been advised of this Indictment, and the need for sealing has ceased;

IT IS ORDERED that the Indictment filed in the above-entitled matter shall be unsealed.

IT IS SO ORDERED.

Dated: **February 17, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28