PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00027-JLT-SKO |
|---|---|
| Plaintiff, | ORDER REGARDING GOVERNMENT'S DISCLOSURE OF SENSITIVE MATERIALS AND PERSONAL IDENTIFICATION INFORMATION |
| v. | |
| LUIS NOE HERNANDEZ ROJO, et al | |
| Defendants. | |

The Court has received and considered the jointly-filed Stipulation Regarding Disclosure of Sensitive Materials and Personal Identifying Information between Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, defendant LUIS NOE HERNANDEZ ROJO, by and through his counsel of record, Joseph Benincasa.

Good cause showing, IT IS HEREBY ORDERED THAT:

1.      The government will identify the discovery materials in this case the disclosure of which could jeopardize the safety of witnesses or other persons or affect the confidentiality of ongoing investigations (the "Sensitive Materials").

2.      The government will mark all Sensitive Materials with the following stamp or inscription: "PROTECTIVE ORDER."

3.      If the government distributes any document, compact disk, or other material bearing the above label:

1

    a. Defense counsel shall not distribute Sensitive Materials to anyone other than his own legal staff (including paralegal assistants, legal secretaries, defense investigators, and lawyer-associates);

    b. Defense counsel shall not allow anyone other than himself and his legal staff to possess, or maintain possession of, any Sensitive Materials;

    c. Defense counsel or his legal staff may show defendant Sensitive Materials, but may not allow defendant to possess Sensitive Materials other than in the presence of defense counsel or his legal staff;

    d. Defendant shall not distribute the Sensitive Materials to anyone;

    e. Defense counsel and defendant may not disclose the contents of any Sensitive Materials publicly, including in any court filing, without first meeting and conferring with government counsel, and, in any event, shall file any Sensitive Materials under seal.

  4. The parties must confer before filing any motions regarding the government's disclosure (or lack of disclosure) of Sensitive Materials.

  5. The evidence in this matter also includes personal identification information for others, including but not limited to names, addresses, dates of birth, social security numbers and bank account numbers (collectively "personal information").

  6. This personal information is found throughout the discovery in this case, which includes, among other records, reports and other data from businesses and law enforcement agencies.

  7. IT IS FURTHER ORDERED THAT:

    a. Only defense counsel, defense counsel's agents, and the defendant may review the unredacted personal information contained in the discovery. Defense counsel, defense counsel's agents and defendant may only use the unredacted personal information or any portion thereof for the specific purpose of preparing or presenting a defense in this matter and for no other purpose.

  8. Only defense counsel and defense counsel's agents may make copies of any discovery containing unredacted personal information; they may show such information to the defendant, but may not provide any such copies to the defendant or any third party.

  9. At the conclusion of this matter, defense counsel will collect and destroy any and all

copies of documents and portions thereof containing the personal information that defense counsel possesses and/or has made and distributed to their agents and/or defendant, except a copy set as necessary to maintain in defense counsel's case file.

10. This Order shall apply to unredacted personal information contained in all discovery produced in this case, including any discovery produced after entry of this Order.

IT IS SO ORDERED.

Dated: **June 10, 2022**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE