PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS NOE HERNANDEZ ROJO,<br><br>Defendant. | CASE NO. 1:21-CR-00027-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: December 7, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Luis Noe Hernandez Rojo, by and through their counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status conference on December 7, 2022.

2.      By this stipulation, defendant now moves to continue the status conference until February 15, 2023, and to exclude time between December 7, 2022, and February 15, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes numerous reports, photographs, and recordings. The government has provided discovery and/or has made discovery available to counsel for review. The government is aware of its ongoing discovery obligations.

1

b)      Counsel for defendant desires additional time to consult with their client, review the current charges, conduct investigation, review/copy discovery, discuss potential resolutions with their client, prepare pretrial motions, and/or to otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 7, 2022, to February 15, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

///
///
///
///
///
///
///
///
///
///
///

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  December 6, 2022

PHILLIP A. TALBERT
United States Attorney


/s/ JESSICA A. MASSEY
JESSICA A. MASSEY
Assistant United States Attorney


Dated: December 6, 2022

/s/ JOSEPH BENINCASA
JOSEPH BENINCASA
Counsel for Defendant
LUIS NOE HERNANDEZ ROJO


**ORDER**

IT IS SO ORDERED.


DATED:     12/6/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
U.S. Magistrate Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3