HEATHER E. WILLIAMS, Bar #122664
Federal Defender
REED GRANTHAM, Bar #294171
Assistant Federal Defender
Officer of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LUIS NOE HERNANDEZ ROJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:21-cr-00027-JLT-SKO-1 |
|---|---|
| Plaintiff, | DEFENDANT'S MOTION TO EXONERATE BOND; ORDER |
| vs. | Judge: Hon. Sheila K. Oberto |
| LUIS NOE HERNANDEZ ROJO, | |
| Defendant. | |

Defendant Luis Noe Hernandez Rojo hereby moves this Court to exonerate the cash bond that was posted in this matter on May 24, 2021, pursuant to Rule 46 of the Federal Rules of Criminal Procedure. *See* Dkt. #17.

On December 15, 2020, Mr. Rojo was charged by indictment in the Eastern District of California. *See* Dkt. #9. On March 30, 2021, an arraignment and plea re indictment hearing was held in this matter. *See* Dkt. #14. At the arraignment and plea hearing, Mr. Rojo was ordered to remain released on a term and condition that included the posting of a $1,000 cash bond. Dkt. #16, #17. The cash bond was posted by Mr. Rojo, on May 24, 2021. *See* Dkt. #17.

| 05/24/2021 | 17 | CASH BOND POSTED as to Luis Noe Hernandez Rojo in amount of $ 1,000.00, Receipt # CAE100048385. (Lundstrom, T) (Entered: 05/24/2021) |
|---|---|---|

Mr. Rojo remained on pretrial release during the pendency of his case. On July 17, 2023, Mr. Rojo pled guilty, and, on July 1, 2023, this Court sentenced him to to serve 51 months in custody, with a term of 36 months of supervised release to follow. *See* Dkt. #100.  On September 29, 2023, Mr. Rojo self-surrendered as ordered. The Bureau of Prisons' inmate locator confirms that Mr. Rojo is currently serving his sentence at Long Beach RRM. Mr. Rojo's Register Number is 96444-298.

Since Mr. Rojo is no longer on pretrial release and thus no conditions remain to be satisfied, it is requested that the Court exonerate the cash bond and order the return of the funds by mail to Luis Noe Hernandez Rojo pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 13, 2024         /s/
                                 PEGGY SASSO
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 LUIS NOE HERNANDEZ ROJO

**ORDER**

The Court finds that Luis Noe Hernandez Rojo has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $1,000.00 cash bond in the above-captioned case and reconvey the funds to Luis Noe Hernandez Rojo who originally posted the cash bond, and whose mailing address is on file with the Office of the Federal Defender. IT IS SO ORDERED.

DATED: 9/13/2024                 *Sheila K. Oberto*
                                 SHEILA K. OBERTO
                                 United States Magistrate Judge